IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. JFM-03-454 |
| C&D ENTERPRISES, INC., et al. | : | |
| Defendants. | : | |

...oooOooo...

**ANSWER TO COMPLAINT**

Defendants, C&D Enterprises, Inc., C&D Security Management, Inc., Peter Derrington, and Troy Thames, through counsel answer the Complaint filed by Plaintiff, United States of America, and state:

I.

The Complaint fails to state a claim upon which relief can be granted.

II.

As to the individually numbered paragraphs of the Complaint, Defendants:

1. Do not respond to the legal characterizations alleged in paragraph 1.

2. Do not respond to the legal characterizations alleged in paragraph 2.

3. Do not respond to the legal characterizations alleged in paragraph 3.

4. Admit the allegations in paragraph 4.

5. Admit the allegations in paragraph 5.

6. Admit the allegations in paragraph 6.

7. Admit the allegations in paragraph 7.

8. Admit the allegations in paragraph 8.

9. Admit the allegations in paragraph 9.

10. Admit the allegations in paragraph 10.

11. Admit the allegations in paragraph 11.

12. As for the allegations in paragraph 12, the document speaks for itself.

13. As for the allegations in paragraph 13, the document speaks for itself

14. Admit the allegations in the first sentence of paragraph 14.  As for the remaining allegations in paragraph 14, the documents speak for themselves.

15. Admit the allegations in paragraph 15.

16. Admit the allegations in paragraph 16.

17. Admit the allegations in paragraph 17.

18. Admit the allegations in paragraph 18.

19. Admit the allegations in paragraph 19.

20. Admit the allegations in paragraph 20.

21. As for the allegations in paragraph 21, the document speaks for itself and deny the remaining allegations in paragraph 21.

22. As for the allegations in paragraph 22, the document speaks for itself and deny the remaining allegations in paragraph 22.

23. As to allegations in the first sentence of paragraph 23, the document speaks for itself and deny the allegations in the second and third sentence in paragraph 23.

24. Deny the allegations in paragraph 24.

25. Incorporate by reference the responses to the allegations in paragraphs 1-24.

26. Deny the allegations in paragraph 26.

27. Deny the allegations in paragraph 27.

28. Incorporate by reference the responses to the allegations in paragraphs 1-27.

29. Deny the allegations in paragraph 29.

30. Deny the allegations in paragraph 30.

31. Incorporate by reference the responses to the allegations in paragraphs 1-30.

32. Deny the allegations in paragraph 32.

33. Deny the allegations in paragraph 33.

34. Incorporate by reference the responses to the allegations in paragraphs 1-33.

35. Deny the allegations in paragraph 35.

36. Deny the allegations in paragraph 36.

37. Deny the allegations in paragraph 37.

38. Incorporate by reference the responses to the allegations in paragraphs 1-38.

39. Deny the allegations in paragraph 39

40. Deny the allegations in paragraph 40.

41. Deny the allegations in paragraph 41.

42. Deny the allegations in paragraph 42.

43. Deny the allegations in paragraph 43.

44. Incorporate by reference the responses to the allegations in paragraphs 1-43.

45. Deny the allegations in paragraph 45.

46. Deny the allegations in paragraph 46.

47. Deny the allegations in paragraph 47.

48. Incorporate by reference the responses to the allegations in paragraphs 1-47.

49. Deny the allegations in paragraph 49.

50. Deny the allegations in paragraph 50.

51. Deny the allegations in paragraph 51.

52. Incorporate by reference the responses to the allegations in paragraphs 1-51.

53. Deny the allegations in paragraph 53

54. Deny the allegations in paragraph 54.

55. Deny the allegations in paragraph 55.

### III.

Plaintiff was aware that Defendants were seeking to renew licensing with the appropriate officials.

### IV.

Estoppel.

Accord and satisfaction.

Payment.

Waiver.

WHEREFORE, Defendants request that judgment be entered in favor of Defendants and for such other and further relief as the nature of Defendants' cause shall require.

Respectfully submitted,

_____/s/_____
Robert B. Schulman
Harry Levy (02236)
Schulman, Treem, Kaminkow,
Gilden and Ravenell, P.A.
Suite 1800, The World Trade Center
401 East Pratt Street
Baltimore, Maryland 21202
PHONE: (410) 332-0850

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May, 2003, a copy of the foregoing Answer to Complaint was sent via electronic filing to:

AUSA Allen F. Loucks
Office of the United States Attorney
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

_____/s/_____
Harry Levy