IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : |
| v. | :   Civil Action No. JFM-03-454 |
| C&D ENTERPRISES, INC., et al. | : |
| Defendants. | : |

...oooOooo...

**ENTRY OF APPEARANCE**

Please enter the appearance of Robert B. Schulman, as co-counsel for Defendants, C&D Enterprises, Inc., C&D Security Management, Inc., Peter Derrington, and Troy Thames.

Respectfully submitted,

_____/s/_____
Robert B. Schulman
Harry Levy (02236)
Schulman, Treem, Kaminkow,
Gilden and Ravenell, P.A.
Suite 1800, The World Trade Center
401 East Pratt Street
Baltimore, Maryland 21202
PHONE: (410) 332-0850

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of May, 2003, a copy of the foregoing Entry of Appearance was sent via electronic filing to:

>AUSA Allen F. Loucks
>Office of the United States Attorney
>U.S. Courthouse
>101 West Lombard Street
>Baltimore, Maryland 21201

                                                                /s/
_____Harry Levy