IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : |
| v. | : Civil Action No. JFM-03-454 |
| C&D ENTERPRISES, INC., et al. | : |
| Defendants. | : |

...oooOooo...

## DEMAND FOR JURY TRIAL

Defendants, C&D Enterprises, Inc., C&D Security Management, Inc., Peter Derrington, and Troy Thames, through counsel, demand a trial by jury on all issues triable of right by a jury.

Respectfully submitted,

/s/
Robert B. Schulman (00068)
Harry Levy (02236)
Schulman, Treem, Kaminkow,
Gilden and Ravenell, P.A.
Suite 1800, The World Trade Center
401 East Pratt Street
Baltimore, Maryland 21202
PHONE: (410) 332-0850

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2003, a copy of the foregoing Demand for Jury Trial was sent via electronic filing to:

> AUSA Allen F. Loucks
> Office of the United States Attorney
> U.S. Courthouse
> 101 West Lombard Street
> Baltimore, Maryland 21201

                                              /s/
                                            Harry Levy