**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| *Plaintiff*, | : |
| v. | :   CIVIL NO. JFM-03-454 |
| **C & D ENTERPRISES, INC.,** <u>et al.</u>, | : |
| *Defendants*. | : |
| | : |
| | : |

...oOo...

**MOTION FOR LEAVE TO DISMISS COMPLAINT**

Now comes the plaintiff, by the undersigned counsel, pursuant to Rule 41(a)(2) and moves the Court for leave to dismiss this case with prejudice.

In support whereof, the plaintiff states:

1. The parties have settled this case.

2. The defendants have not seen a copy of this motion prior to its filing, but undersigned counsel for the plaintiff believes that the defendant is in agreement that this case is ripe for dismissal because the case has been settled.

WHEREFORE, the plaintiff requests leave to dismiss the complaint with prejudice.

        Respectfully submitted,

        Thomas M. DiBiagio
        United States Attorney


By:_____/s/_____
    Allen F. Loucks
    Assistant United States Attorney
    6625 United States Courthouse
    101 West Lombard Street
    Baltimore, Maryland 21201-2692
    (410) 209-4800

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| *Plaintiff*, | : |
| v. | :     **CIVIL NO. JFM-03-454** |
| **C & D ENTERPRISES, INC., et al.,** | : |
| *Defendants*. | : |
| | : |
| | : |

...oOo...
**ORDER**

UPON CONSIDERATION of the motion for leave to dismiss the complaint the record in this case and the applicable law, it is this ___ day of August 2003

ORDERED that the motion is granted; and it is further

ORDERED that the complaint be and hereby is dismissed with prejudice.

                                                   J. Frederick Motz
                                                   United States District Judge